**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MAURICE HACKETT**<br><br>Defendant. | Case No: 1:26-mj-00033-EPG |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:    Maurice Hackett, Booking Number 2616471

Detained at    Fresno County Jail

Detainee is:    a.)    ☒ charged in this district by:   ☐ Indictment  ☐ Information  ☒ Complaint
charging detainee with:   Felon in Possession of Ammunition 18 U.S.C. § 922(g)(1)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or    b.)    ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Robert L. Veneman-Hughes* |
| Printed Name & Phone No: | Robert Veneman-Hughes, 559-388-1516 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Complaint and prosecution in the above-captioned case in the Eastern District of California.

Dated:   **Apr 9, 2026**

HONORABLE STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) | Maurice Hackett |
| Booking or CDC #: | Booking Number 2616471 |
| Facility Address: | 1225 M Street, Fresno, CA 93721 |
| Facility Phone: | (559) 600-8440 |
| Currently | Fresno County Jail |

**RETURN OF SERVICE**

Executed on:   _____   _____
(signature)